UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY PROVANZANO,<br>    Plaintiff | )<br>)<br>) |
| v. | )     C.A. No.: 1:15-cv-11720-NMG |
| MTD PRODUCTS COMPANY,<br>LOWE'S HOME CENTERS, LLC,<br>    Defendants | )<br>)<br>)<br>) |

**STIPULATION TO THE DISMISSAL OF ONLY THE CLAIMS AGAINST DEFENDANT, LOWE'S HOME CENTERS, INC., WITH PREJUDICE**

All parties stipulate to the dismissal of <u>only</u> the claims against the defendant, Lowe's Home Centers, LLC.  The parties stipulate that the dismissal of all claims against Lowe's Home Centers, LLC, only shall be with prejudice.

All claims against defendant, MTD Products Company d/b/a Troy-Bilt, shall remain.

| | |
|---|---|
| **Attorney for Plaintiff,**<br>**Anthony Provanzano,** | **Attorney for Defendant,**<br>**MTD Products Company,** |
| */s/ David Bae* <br>David M. Bae (BBO# 657480)<br>Boyle, Shaughnessy & Campo, P.C.<br>695 Atlantic Avenue, 11th Floor<br>Boston, MA 02111<br>Telephone: (617) 451-2000<br>dbae@bsctrialattorneys.com | */s/* Richard T. Coyne <br>Richard T. Coyne, Esq., *pro hac vice*<br>Wegman, Hessler & Vanderburg<br>6055 Rockside Woods Boulevard, Suite 200<br>Cleveland, Ohio 44131<br>(216) 642-3342<br>paholdsworth@wegmanlaw.com |
| Date: 5/1/17 | Date: 5/1/17 |

**Attorney for Defendant,
Lowe's Home Centers, LLC,**

*/s/ James M. Campbell*
James M. Campbell (BBO #541882)
Campbell, Campbell, Edwards & Conroy
One Constitution Center
Boston, MA 02129
 (617) 241-3060
jmcampbell@campbell-trial-lawyers.com

Date: 5/1/17

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this first day of May, 2017.

                                              */s/David M. Bae, Esq.*