UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ANTHONY PROVANZANO,

Plaintiff,

v.

MTD PRODUCTS COMPANY,

Defendant.

CASE NO. 1:15-cv-11720-NMG

### DEFENDANT'S MOTION FOR ORDER TO COURT SECURITY PERSONNEL TO ALLOW EXEMPLAR RIDING LAWN MOWER IN AND ABOUT THE COURTHOUSE FOR PURPOSES OF TRIAL

Pursuant to the discussions with the Court during the recent Final Pretrial Conference on May 9, 2017, Defendant MTD Products Company ("MTD") respectfully requests that the Court allow MTD to bring the exemplar riding lawn mower to the Courthouse to be used for purposes of trial as permitted by the Court, which is scheduled to start on May 15, 2017. The Exemplar Mower (Model No. 13AC26JD011; Serial No. 1D032B20246) will be offered for demonstrative purposes at trial. A Proposed Order, including photographs of the Exemplar Mower, is filed herewith.

*Motion allowed. /s/ NMGorton, USDJ 5/15/17*