We the Jurors would
like to exam the
Troy-Bilt lawnmover..

Foreperson
Sandra S Williams

5/23/17

We the Jurors would like to know, how late deliberations are to last today

5/23/17
2:45 pm

Foreperson.
Sandra S. Williams

Normally, before dinner.

NM Gorton, USDJ

5/23/17   2:54 p.m.

We the Jurors
would like to
ajoin for the evening.

5/23/ 2017.
5:16 PM.

Foreman.
Sandra S Williams

We the Jurors.
have come to a
decision.

Foreperson.

Sandra S Williams

10:15 Am.
24 May 2017.